IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-CV-9512

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Marnell Dixon

2. Plaintiff's Spouse (if applicable)

   John Dixon

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Florida

5. District Court and Division in which venue would be proper absent direct filing.

   Northern District of Florida

   Pensacola Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Ethicon, Inc.

   ☑   B. Ethicon, LLC

Revised: 5/29/13

☑   C. Johnson & Johnson

☐   D. American Medical Systems, Inc. ("AMS")

☐   E. Boston Scientific Corporation

☐   F. C. R. Bard, Inc. ("Bard")

☐   G. Sofradim Production SAS ("Sofradim")

☐   H. Tissue Science Laboratories Limited ("TSL")

☐   I. Mentor Worldwide LLC

☐   J. Coloplast Corp.

7. Basis of Jurisdiction

☑   Diversity of Citizenship

☐   Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

**9-11**

B. Other allegations of jurisdiction and venue:

N/A

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    - [x] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [ ] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo
    - [ ] Other
      _____
      _____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

    - [x] Prolift
    - [ ] Prolift +M
    - [ ] Gynemesh/Gynemesh PS
    - [ ] Prosima
    - [ ] TVT
    - [ ] TVT-Obturator (TVT-O)
    - [ ] TVT-SECUR (TVT-S)
    - [ ] TVT-Exact
    - [ ] TVT-Abbrevo

3

☐   Other

10. Date of Implantation as to Each Product:

    07/28/2008

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Sacred Heart Hospital

    Pensacola, FL

12. Implanting Surgeon(s):

    Dr. R. Sidney Stuart

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☑   Count I – Negligence

    ☑   Count II – Strict Liability – Manufacturing Defect

    ☑   Count III – Strict Liability – Failure to Warn

    ☑   Count IV – Strict Liability – Defective Product

    ☑   Count V – Strict Liability – Design Defect

    ☑   Count VI – Common Law Fraud

    ☑   Count VII – Fraudulent Concealment

    ☑   Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☑ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

|  | **/Robert E. Price** |
|---|---|
|  | Attorneys for Plaintiff |
| Address and bar information: | **Marnell Dixon** |
|  | **John Dixon** |

Robert E. Price
Levin Papantonio Thomas Mitchell
  Rafferty & Proctor, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
FL Bar # 85284
rprice@levinlaw.com

5